UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA

YOUR NAME ANDREW QUINN

Case: 1:21-cv-02768
Assigned To : Unassigned
Assign. Date : 10/18/2021
Description: Pro Se Gen. Civ. (F-DECK)

VS.

CIVIL ACTION NO. (To be filled in by Clerk)

DEFENDANT(S) NAME(S)

DEPARTMENT OF JUSTICE Civil Right-Div
JUSTICES DEPARTMENT OFFICE of Civil Right

**COMPLAINT**

RECEIVED
OCT 18 2021
Clerk, U.S. District and
Bankruptcy Courts

COMPLAINT

To Judge                                                10-18-2021

THE DEPARTMENT OF JUSTICE Civil Right-Div AND JUSTICE DEPARTMENT OFFICE OF Civil Right HAVE BEEN FOLLOW ME ACROSS THE COUNTRY AND TAPING PHONE AND INVASION OF MY PRIVACY AND HARASSED ME VOLATE MY CIVIL RIGHT AND LYING TO POLICE DEPARTMENT SHERIFF DEPARTMENT AND THE COUNTY ATTORNEY OFFICE IN DES MOINES IOWA ST. PAUL, MN KANSAS CITY, MO THEY GOT THESE VIDEO THAT THEY ARE TO PEOPLE I COME INTO CONTACT WITH NOW I BEEN HOMELESS FOR 13 YEAR THESE USEING DHS & TELLING THEM WHAT TO DO. PUTING CAMERA IN STORE WHEN GO IN TO USE THE RESTROOM AND IN SHOWER WHEN I WAS IN THE SHELTER

INSPECTOR GENERAL OFFICE 1425 NEW YORK AVE NW

THEY ARE BACK INSIDE CVS 2121 15th ST NORTH. AND 7-ELEVEN AND THE ALLCARE CENTER LAST NIGHT. A GUY WAS TRYING TO PUT MONEY IN SHOE IT NOBODY BUT THE SHERIFF DEPARTMENT AND THE POLICE DEPARTMENT THE DEPARTMENT OF JUSTICE CIVIL RIGHT-DIV GOT THESE DOING WHAT THEY DOING NOW THEY IN PARK WHERE SLEEP THOSE MEXICAN THAT NOW KNOW IT DOS. AND THE GOT A CAMERA IN SAFEWAY AND CVS IN MEN BATHROOM. 2001 CLARENDON APARTMENT THEY BACK INSIDE THEY ARE GOING TO START THAT SHIT TALKING ABOUT I WORK FOR THE GOV. LYING THEY MOTHERFUCKING ASS OFF. I AM TELLING YOU THAT THE COUNTY D.H.S AND THE STATE THE DOS THEY TELLING THESE PEOPLE WHAT TO DO. THEY DID IT DOWN IN DES MOINES, IOWA AND IN ST. PAUL, MN THESE PEOPLE ARE FOLLOW ME ACROSS COUNTRY LYING THEY ASS OFF TO KEEP MY LIFE FUCK UP. AND THAT FUCKER SHELTER AT 2020A THOSE MEXICAN BEEN FOLLOW ME ACROSS COUNTY ASIAN MOTHERFUCKER TO I TELLING THOSE PEOPLE LEAVE ME THE FUCK ALONG THEY KEEP COMING MAKE UP STUFF.

it THE ARLINGTON POLICE DEPARTMENT AND THE SHERIFF DEPARTMENT

INSPRTOR GENERAL OFFICE
1425 NEW YORK AVE NW
WASHINGTON, DC 20530

9-27-2021

ON 9-26-2021 DEPARTMENT OF JUSTICE CIVIL-DIV A MAN WALK UP TO ME AND GAVE ME 40.00 DOLLARS THESE PEOPLE IS BEHIND EVERY THING. AND THE GOVERNMENT OF THE DISTRICT OF COLUMBIA DEPARTMENT HEALTH AND HUMAN SERVICES - DC AND THE JUSTICE DEPARTMENT HEALTH HUMAN SERVICES, AND THE WASHINGTON DC POLICE DEPARTMENT, NOW HAVE THE RIGHT TO GET SERVICES AND NOT BE HARASSED OR STALK ASIAN PEOPLE BACK IN 2020 THE DC HEALTH HUMAN SERVICE THEY LIE THEY SAID THAT WAS GET FOOD STAMP FROM THEM I WAS STILL GETING FOOD STAMP FROM MINNESOTA I CALL THE DC OFFICE AND told WHO I talk TO STOP FOODSTAMP BECAUSE I WAS STILL GETING MINNESOTA THEY THESE PEOPLE WAS THE ONE WHO Tap MY PHONE THAT HOW THEY GOT THE NUMBER TO MY MINNESOTA EBT CARD I could USE THE CARD MINNESOTA BACK WHEN I WAS HERE WHO IS Behind THIS DEPARTMENT OF JUSTICE CIVIL DIV JUSTICE DEPARTMENT OFFICE OF CIVIL RIGHT RAMSEY COUNTY IN ST. PAUL MN AND STATE OF MINNESOTA DHS AND THE RAMSEY COUNTY ▓▓▓▓ ATTORNEY

R-38553-DC
252-ERW-FL
ff-9152-DC
3DW9794-MD

Lunita-MD
9CZ2472-MD